# Court of Appeals
# of the State of Georgia

ATLANTA,  February 21, 2018

*The Court of Appeals hereby passes the following order:*

**A18I0125. IN THE INTEREST OF T. Y. et al., CHILDREN (MOTHER).**

The mother of minor children T. Y., J. T., H. T., L. T., K. T., and A. T. filed this application for interlocutory appeal, seeking to challenge the juvenile court's order denying the mother's "Motion to Return the Children." The order is subject to direct appeal. See *In the Interest of J. N.*, 302 Ga. App. 631, 634 (1) (691 SE2d 396) (2010).

"This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the [applicant has] not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486, n. 1 (602 SE2d 246) (2004). Accordingly, the mother's application for interlocutory appeal is hereby GRANTED. She shall have ten days from the date of this order to file a notice of appeal if she has not already done so. The clerk of the juvenile court is directed to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/21/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*